IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Roslyn L. Mason | : | No. 14-15226-AMC |
| Debtor | : | |

O R D E R

AND NOW, this 24th day of June, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:
William C. Miller, Trustee

David M. Offen, Esquire

Roslyn L. Mason

PAYROLL CONTROLLER
UPENN
423 Guardian Drive
Philadelphia, PA 19104