United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15226-amc
Roslyn L. Mason                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: TashaD           Page 1 of 2           Date Rcvd: Aug 22, 2019
                          Form ID: 138NEW        Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db          +Roslyn L. Mason,    163 Roselyn Street,    Philadelphia, PA 19120-1953
13337342   #+Allied Interstate LLC,    P.O. Box 361774,    Columbus, OH 43236-1774
13337344    +CBE Group,    PO Box 2547,    Waterloo, IA 50704-2547
13365224    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
13337347     Frontier Financial Group,    631 N. Stephanie Street, Suite #419,    Henderson, NV 89014-2633
13337348    +Gordon & Weinberg, P.C.,    1001 E. Hector Street,    Suite 220,    Conshohocken, PA 19428-2395
13337350    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13337354    +MSW Capital, LLC,    213 E. Main Street,    Carnegie, PA 15106-2701
13337352    +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13337355    +National Credit Adjusters,    PO Box 3023,    327 W 4th Street,    Hutchinson, KS 67501-4842
13337360    +Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
13348221    +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13361951    +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13337362    +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13337363    +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
13371685     US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison WI  53708-8973
13337364    +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13337365    +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13366744    +phila gas works,    800 w montgomery ave,3f,    phila, pa 19122-2898,    attn: bankruptcy unit
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:14     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:45
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:15     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13337343     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 03:11:48     Cap One,
             Po Box 85520,    Richmond, VA 23285
13368773     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 03:12:16
             Capital One Bank (USA), N.A.,   PO Box 71083,    Charlotte, NC  28272-1083
13337346    +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2019 03:10:20     Credit Coll,
             Po Box 9134,    Needham, MA 02494-9134
13337349    +E-mail/Text: bfinnall@hillcrestdavidson.com Aug 23 2019 03:09:27     Hillcrest Davidson & A,
             850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13435651     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:12:25
             LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
             Services Of Indiana, Inc.,    Resurgent Capital Services,   PO Box 10587,
             Greenville, SC  29603-0587
13337351    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:57     Lvnv Funding Llc,
             Po Box 10497,    Greenville, SC 29603-0497
13337353    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13337356    +E-mail/Text: bankruptcies@orangelake.com Aug 23 2019 03:09:20     Orange Lake Country Cl,
             8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
13365047     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:12:47
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13337357    +E-mail/Text: blegal@phfa.org Aug 23 2019 03:09:49     Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
13337358    +E-mail/Text: paparalegals@pandf.us Aug 23 2019 03:10:21     Patenaude & Felix, P.C.,
             213 E. Main Street,    Carnegie, PA 15106-2701
13337359    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:12:17
             Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13437592     E-mail/Text: bnc-quantum@quantum3group.com Aug 23 2019 03:09:31
             Quantum3 Group LLC as agent for,    Absolute Resolutions VI LLC,    PO BOX 788,
             Kirkland, WA 98083-0788
13337361    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:11:46     Syncb/Amazon,    Po Box 965015,
             Orlando, FL 32896-5015
13355172     E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:15     Synchrony Bank,
             c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13818369    +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:11:46     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 20
```

```
District/off: 0313-2           User: TashaD                Page 2 of 2                  Date Rcvd: Aug 22, 2019
                               Form ID: 138NEW             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13337345           Charlotte
                                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Roslyn L. Mason dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                    TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Roslyn L. Mason

    Debtor(s)

Bankruptcy No: 14−15226−amc

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 8/22/19

        72 − 71
        Form 138_new