## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 13

Roslyn L. Mason                                                 : Case No. 14−15226−amc

        Debtor(s)

### ORDER

_____

      AND NOW, this day , September 27th, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court